UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Jane Best-Simpson

       V.

New York Organ Donor Network,
et al.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/209 17

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 2683 (BSJ)(AJP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| [X] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | [ ] Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| [ ] Specific Non-Dispositive Motion/Dispute:* _____ | [ ] Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | [ ] Habeas Corpus |
| | [ ] Social Security |
| [ ] Settlement* | [ ] Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:_____ |
| [ ] Inquest After Default/Damages Hearing | All such motions: ___ |

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED:   New York, New York
            Aug. 9, 2007

                                              _____
                                              United States District Judge