UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

Jane Best-Simpson,

                                      Plaintiff,

          -against-

NEW YORK ORGAN DONOR NETWORK, ELAINE BERG, *Individually and in her Professional Capacity*, MICHELE CLAYTON LUCAS, *Individually and in her Professional Capacity*, Julia Rivera, *Individually and in her Professional Capacity* and Martin Woolf *Individually and in his Professional Capacity*, ROBERT GOSSEEN, GALLAGHER. GOSSEEN. FALLER & CROWLEY, THE NEW YORK CITY COMMISSION ON HUMAN RIGHTS, PATRICIA GATLING*, Individually and in her Professional Capacity*; MR. RAYMOND WAYNE, *Individually and in his Professional Capacity*; MS. LANNY ALEXANDER, *Individually and in her Professional Capacity* and MR. CLIFF MULQUEEN, *Individually and in his Professional Capacity*,

                                        Defendants.
------------------------------------------------------------------------x

07 Civ 2683

**NOTICE OF APPEARANCE**

        **PLEASE TAKE NOTICE** that Eric Proshansky, Assistant Corporation Counsel, hereby appears as a counsel of record for defendants, The New York City Commission On Human Rights, Patricia Gatling*, individually and in her professional Capacity*; Raymond Wayne, *individually and in his professional capacity*; Lanny Alexander, *individually and in her professional capacity* and Cliff Mulqueen, *Individually and in his professional capacity*, in the above-captioned action. The undersigned requests that his name be added to the mailing list maintained by the Clerk in the within case and that all notices given or required to be given be served upon him at the office and telephone number set forth below.

Dated:     New York, New York
                August 27, 2007

                                           MICHAEL A. CARDOZO
                                           Corporation Counsel of the
                                                City of New York
                                           Attorney for Plaintiff
                                           100 Church Street, Room 20-99
                                           New York, New York 10007
                                           (212) 788-1324

                                           By: _____
                                                  Eric Proshansky