Jane Best-Simpson
430 Clinton Avenue # 6D
Brooklyn, New York 11238
(718) 857-3023

UNDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/9/07

October 4, 2007

**BY FAX** – (212) 805-7933
Hon. Andrew Peck USMJ
United States District Court for the
Southern District of New York
500 Pearl Street (Room 1370)
New York, New York 10007

**BY FAX** – (212) 805-6191 (Courtesy Copy)
Hon. Barbara S. Jones USDJ
United States District Court for the
Southern District of New York
500 Pearl Street (Room 620)
New York, New York 10007

**BY FAX** - (212) 788-1633 (Courtesy Copy)
Office of the Corporation Counsel – Mr. Eric Proshansky, Esq.
Attorneys for the New York City Commission on Human Rights, Patricia Gatlin, Lanny Alexander, Cliff Mulqueen and Raymond Wayne - Individually and in their Official Capacities

**BY FAX** - (212) 967-4965 (Courtesy Copy)
Gosseen, Gallagher, Faller and Crowley – Mr. Seth Berman, Esq. & Mr. Robert Gosseen, Esq.
Attorneys for the NYODN, Elaine Berg, Michelle Clayton Lucas, Martin Woolf and Julia Rivera – Individually and in their official capacities, Robert Gosseen and Gosseen, Gallagher, Faller and Crowley

**MEMO ENDORSED** 10/9/07

Extension of time for mandatory disclosure (Fed R Civ P 26(a)(1)) to 10/15/07, APPROVED.

SO ORDERED:

Hon. Andrew J. Peck
United States Magistrate Judge

Re: **Jane Best-Simpson v. New York Organ Donor Network, ET. Al.
Index no.: 07 CV 2683 (BSJ) – Request for change of date for submission on Mandatory initial disclosure Rule 26(a)(1), Fed.R.Civ.P. from October 9, 2007 to October 15, 2007- Mutually consented to by all counsel**

Dear Honorable Magistrate Justice Peck:

I, Jane Best-Simpson under the penalties of perjury do hereby affirm the following to be true: I contacted your honor's secretary, Ms. Patricia Blake today on October 4, 2007, to inform her that a close relative of my mine died on October 2, 2007, and I was just informed this afternoon that the funeral will be on Monday October 8 and the burial will take place on Tuesday October 9, 2007; consequently, I will not be able to complete the mandatory initial discovery to opposing counsel by October 9, 2007 as set forth in the Court's Revised Scheduling Order dated September 5, 2007.

Page 1 of 2 /October 4, 2007
Re: <u>Jane Best-Simpson v. New York Organ Donor Network, ET. AL</u>
<u>Index no. : 07 CV 2683 (BSJ) (AJP)- Request for change by (AJP) of date for submission</u>
<u>on Mandatory Initial disclosure Rule 26(a)(1), Fed.R.Civ.P. from October 9, 2007</u>
<u>to October 15, 2007-Mutually consented to by all counsel</u>

     Therefore, I am requesting that your Honor grant an extension of time from October 9, 2007 to October 15, 2007 for compliance with mandatory initial disclosure. I contacted the law office of Gallagher, Gosseen, Faller and Crowley today and spoke to Ms. McCallister the Legal Assistant to Mr. Robert Gosseen (counsel for Gallagher Gosseen Faller and Crowley and the New York Organ Donor Network, et. al) and Mr. Eric Proshansky, Esq. of the Corporation Counsel (Counsel for the New York City Commission on Human Rights et al.) and both have consented to the adjourned date of October 15, 2007 in which to respond to the mandatory initial discovery pursuant to Rule 26(a)(1) P. of the Federal Rules of Civil Procedure.

     This is the second adjournment of the mandatory initial discovery date. I understand from Ms. Blake, that your Honor is away at a pre-scheduled conference and will not return until Tuesday morning October 9, 2007, but I was to send the request for an extension of time to the Court today.

     Thank you for your cooperation in this matter.

*Respectfully Submitted,*

**Jane Best-Simpson**
Pro-Se Plaintiff
430 Clinton Avenue #6D
Brooklyn, New York 11238
Phone (718) 857-3023

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:   (212) 805-7933
Telephone No.:   (212) 805-0036

**Dated:** October 9, 2007           **Total Number of Pages:** 3

| TO | FAX NUMBER |
|---|---|
| Seth W. Berman, Esq.<br>Robert I. Gosseen, Esq. | 516-742-2516 |
| Eric Proshansky, Esq. | 212-788-1633 |
| | |

# TRANSCRIPTION:

**MEMO ENDORSED 10/9/07**

Extension of time for mandatory disclosure (Fed. R. Civ. P. 26(a)(1)) to <u>10/15/07</u>, APPROVED.

Copies to:   Jane Best-Simpson (Email, Regular & Certified Mail)
             Judge Barbara S. Jones