UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

JANE BEST-SIMPSON,          :

        Plaintiff,          :

    -against-          :

NEW YORK DONOR NETWORK, et al.,   :

        Defendants.          :

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/07

07 Civ. 2683 (BSJ) (AJP)

**ORDER**

**ANDREW J. PECK, United States Magistrate Judge:**

    The next regularly scheduled status conference is scheduled for November 20, 2007 at 9:30 a.m. in Courtroom 20D (500 Pearl Street).

    The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached. The Court reminds all parties to submit courtesy copies to my chambers of all documents hereafter filed with the Clerk of Court.

    Plaintiff shall advise the Court, as soon as possible and no later than the November 20, 2007 conference, whether she consents to decision of this case by a Magistrate Judge

C:\OPIN\

2

(that is, me) pursuant to 28 U.S.C. § 636(c). If plaintiff does consent, she should fax back the enclosed § 636(c) consent form.

SO ORDERED.

Dated: New York, New York
October 23, 2007

Andrew J. Peck
United States Magistrate Judge

Copies to: Jane Best-Simpson (Email)
Seth W. Berman, Esq. (Fax)
Robert I. Gosseen, Esq. (Fax)
Eric Proshansky, Esq. (Fax)
Judge Barbara S. Jones