USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JANE BEST-SIMPSON,  :

        Plaintiff,  :

   -against-  :

NEW YORK DONOR NETWORK, et al.,  :

        Defendants.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 2683 (BSJ) (AJP)

REVISED RULE 16
SCHEDULING ORDER

**ANDREW J. PECK, United States Magistrate Judge:**

    Based on the conference pursuant to Rule 16, Fed. R. Civ. P., held on November 20, 2007 before Magistrate Judge Andrew J. Peck, IT IS HEREBY ORDERED THAT:

    1.    Plaintiff is to advise the Court by November 29, 2007 whether she will dismiss the case without prejudice pursuant to the protocol discussed at the conference. If she does not dismiss the case, the following schedule applies.

    2.    All fact and expert discovery must be completed by January 22, 2008. Expert reports must be served by December 12, 2007 plaintiff, January 10, 2008 defendants. Plaintiff's revised mandatory initial disclosure pursuant to Rule 26(a)(1), Fed. R. Civ. P., is due December 4, 2007.

    3.    Each party will notify this Court by January 25, 2008 as to whether it intends to move for summary judgment. Summary judgment motions must be filed by

February 19, 2008, and must comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned. Additionally, defendants may bring their partial motions to dismiss at any time but no later than February 19, 2008.

4. The parties are to submit a joint proposed pretrial order, in conformance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned, by February 19, 2008 if neither party is moving for summary judgment, or 30 days after decision on the summary judgment motion. The case will be considered trial ready on 24-hours notice after the pretrial order has been submitted.

5. The parties shall contact the Court by letter if there are any discovery disputes or if any party has failed to comply with any deadlines.

SO ORDERED.

DATED:   New York, New York
         November 21, 2007

Andrew J. Peck
United States Magistrate Judge

Copies to:   Jane Best-Simpson (Regular & Certified Mail, Email)
             Robert I. Gosseen, Esq.
             Seth W. Berman, Esq.
             William Miller, Esq.
             Eric Proshansky, Esq.
             Judge Barbara S. Jones

C:\ORD\16RULES