Jane Best-Simpson
430 Clinton Avenue # 6D
Brooklyn, New York 11238
(718) 857-3023

November 27, 2007

**BY FAX** – (212) 805-7933
Hon. Andrew Peck USMJ
United States District Court for the
Southern District of New York
500 Pearl Street (Room 1370)
New York, New York 10007

**BY FAX** – (212) 805-6191 (Courtesy Copy)
Hon. Barbara S. Jones USDJ
United States District Court for the
Southern District of New York
500 Pearl Street (Room 620)
New York, New York 10007

**BY FAX**- (212) 788-1633 (Courtesy Copy)
Office of the Corporation Counsel – Mr. Will Miller & Mr. Eric Proshansky, Esq.
Attorneys for the New York City Commission on Human Rights, Patricia Gatlin, Lanny
Alexander, Cliff Mulqueen and Raymond Wayne - Individually and in their Official
Capacities

**BY FAX**- (212) 967-4965   (Courtesy Copy)
Gosseen, Gallagher, Faller and Crowley – Mr. Seth Berman, Esq. & Mr. Robert Gosseen,
Esq. - Attorneys for the NYODN, Elaine Berg, Michelle Clayton Lucas, Martin Woolf
and Julia Rivera – Individually and in their official capacities, Robert Gosseen and
Gosseen, Gallagher, Faller and Crowley

> Re: **Jane Best-Simpson v. New York Organ Donor Network, ET. Al.**
> **Index no. : 07 CV 2683 (BSJ) (AJP) documents submitted on November 20, 2007 and**
> **Stipulation and Protective Order of copies of medical records and information**

Dear Honorable Peck:

Enclosed please find another copy of the documents that I submitted to the Court
at the November 20, 2007 conference, with respect to the reconsideration of your Honor
temporarily staying all proceedings in this matter until January 2008, which was denied.
While I note that the Court acknowledged receipt during the conference of all of the
documents that I submitted, I note that even though we discussed the latest Worker
Compensation Report from Dr. Irene Grant of September 2007; I do not recall that the
Court acknowledged receipt of such. Therefore, I am forwarding another copy of the
September 2007 medical report of Dr. Irene Grant. Note, the last page is signed by me.

*[Handwritten memo endorsement, 11/27/07:]* MEMO ENDORSED 11/27/07 — The Court will not withdraw [its stay?] ... [illegible handwritten text] ... SO ORDERED: /s/ Hon. Andrew Jay Peck, United States Magistrate Judge

*[Stamp:]* BY FAX

Re: Jane Best-Simpson v. New York Organ Donor Network, ET. AL.
Index no. : 07 CV 2683 (BSJ) –Documents submitted on November 20, 2007 and
Stipulation and Protective Order of copies of medical records and Information

While defendants counsel during the November 20, 2007 Court Conference, in general agreed to respect the fact that my medical records are privileged information and shall not be disclosed, etc., since I have already unfortunately suffered severe and pervasive violations of my medical privacy by defendants, as noted in my verified complaint; I am turning over the medical documents to the defendants in good faith, provided that all defendants counsel now sign the attached Stipulation and Protective order that I have prepared for the Court.

*Further, I am now requesting that all of the medical information I made reference to in the Complaint or any Court documents thus far submitted to the Court, be removed from **any records** that **are** or **will** be made available for public inspection or retrieval.*

I would ask that both counsels send me a copy of their signature of this document by e-mail or certified mail for my records.

I would also ask that the Court, kindly advise this plaintiff in writing, what is required of me to do in order to have all previous documents where my medical records/ information is mentioned or discussed "Protected" pursuant to this stipulation and Protective Order. If this Court wishes for me to submit a copy of those documents previously submitted with the information "blacked out" to the *Pro Se Office*, for public use or retrieval, I will do so by instructions of the Court.

Thank you in advance for your consideration in this matter.

*[signature]*
Jane Best-Simpson – Pro-Se Plaintiff

**Documents Submitted to the Court with this letter of November 26, 2007:**
Letter from Jane Best-Simpson of November 20, 2007
November 19, 2007 – Letters from Dr. Craig Polite and Dr. Leon Scrimmager
September 2007 – Worker's Comp Report of Dr. Irene Grant
June 2007 - Worker Comp Report of Dr. Craig Polite with 1 page attachment
April 2007 – Workers Comp Report of Dr. Irene Grant
May 2006- Letter From Dr. Irene Grant
May 2003- Lenox Hill Neuro/Psych Report diagnosing Best with Adult ADHD

**Drafted Stipulation and Protective Order with respect to Plaintiff Jane Best-Simpson Medical Records and Medical Information**

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:         (212) 805-7933
Telephone No.:   (212) 805-0036

**Dated:**   November 27, 2007                                   **Total Number of Pages:** ___

| TO | FAX NUMBER |
|---|---|
| Robert I. Gosseen, Esq.<br>Seth W. Berman, Esq. | 516-742-2516 |
| William Miller, Esq.<br>Eric Proshansky, Esq. | 212-788-1633 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 11/27/07**

The Court will **not** withdraw from the public record any documents or transcripts mentioning plaintiff's medical records. Plaintiff's complaint, and her request for extensions, put her medical conditions in issue.


Copies to:   Jane Best-Simpson (Email)
             Judge Barbara S. Jones