UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

JANE BEST-SIMPSON,

                                      Plaintiff,       **NOTICE OF APPEARANCE**

                                                               07 CV 2683 (BSJ)(AJP)

          -against-

NEW YORK ORGAN DONOR NETWORK, ELAINE BERG, *Individually and in her Professional Capacity*, MICHELE CLAYTON LUCAS, *Individually and in her Professional Capacity*, Julia Rivera, *Individually and in her Professional Capacity* and Martin Woolf *Individually and in his Professional Capacity*, ROBERT GOSSEEN, GALLAGHER, GOSSEEN, FALLER & CROWLEY, THE NEW YORK CITY COMMISSION ON HUMAN RIGHTS, PATRICIA GATLING, *Individually and in her Professional Capacity*; MR. RAYMOND WAYNE, *Individually and in his Professional Capacity*; MS. LANNY ALEXANDER, *Individually and in her Professional Capacity* and MR. CLIFF MULQUEEN, *Individually and in his Professional Capacity*,

                                        Defendants.

------------------------------------------------------------------- X

          **PLEASE TAKE NOTICE** that William H. Miller, Assistant Corporation Counsel, hereby appears as a counsel of record for defendants New York City Commission on Human Rights, Patricia Gatling, Raymond Wayne, Lanny Alexander and Cliff Mulqueen, in the above-captioned action. The undersigned requests that his name be added to the mailing list maintained by the Clerk in the within case and that all notices given or required to be given be served upon him at the office and telephone number set forth below.

Dated:       New York, New York
               November 28, 2007

                                              MICHAEL A. CARDOZO
                                              Corporation Counsel of the
                                                City of New York
                                              Attorney for Defendants
                                              100 Church Street, Room 20-102
                                              New York, New York 10007
                                              (212) 788-1006

                                      By:  _____
                                                    William H. Miller