UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

Jane Best-Simpson,

                                                 Plaintiff,

                -against-

NEW YORK ORGAN DONOR NETWORK, ELAINE BERG, *Individually and in her Professional Capacity*, MICHELE CLAYTON LUCAS, *Individually and in her Professional Capacity*, Julia Rivera, *Individually and in her Professional Capacity* and Martin Woolf *Individually and in his Professional Capacity*, ROBERT GOSSEEN, GALLAGHER, GOSSEEN, FALLER & CROWLEY, THE NEW YORK CITY COMMISSION ON HUMAN RIGHTS, PATRICIA GATLING, *Individually and in her Professional Capacity*; MR. RAYMOND WAYNE, *Individually and in his Professional Capacity*; MS. LANNY ALEXANDER, *Individually and in her Professional Capacity* and MR. CLIFF MULQUEEN, *Individually and in his Professional Capacity*,

                                               Defendants.

-----------------------------------------------------------------x

**NOTICE OF MOTION TO DISMISS**

07 CV 2683 (BSJ)(AJP)

*Pro Se* Case

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, dated November 27, 2007, and upon the complaint and all prior proceedings herein, the undersigned will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York New York, on a date and time to be designated by the Court, for an order pursuant to Rule 12(b)(6) and Rule 9(b) of the Federal Rules of Civil Procedure dismissing all of the claims against the HRC Defendants together with such other and further relief as the Court deems just, fair and equitable.

- 2 -

**PLEASE TAKE FURTHER NOTICE**, that in accordance with S.D.N.Y. Civil Rule 6.1(b), opposition papers must be served on the undersigned within ten (10) business days after service of this motion and that reply papers shall be served within five (5) business days after service of plaintiff's answering papers.

Dated:     New York, New York
              November 28, 2007

                            MICHAEL A. CARDOZO
                            Corporation Counsel of the
                              City of New York
                            Attorney for Defendants The New York City
                            Commission on Human Rights, Patricia Gatling,
                            Raymond Wayne, Lanny Alexander, and Cliff
                            Mulqueen
                            100 Church Street, Room 20-102
                            New York, New York, 10007
                            (212) 788-1006

By: _____
     Eric Proshansky   (EP1777)
     William H. Miller (WM4658)
     Assistants Corporation Counsel

To:
Jane Best-Simpson
Plaintiff *Pro Se*
420 Clinton Avenue (Apt. 6D)
Brooklyn, NY 11238

*Via ECF*
Robert I. Gosseen
Seth W. Berman
GALLAGHER, GOSSEEN, FALLER & CROWLEY
Attorneys for NYODN and GGF&C Defendants
1010 Franklin Avenue (Suite 400)
Garden City, NY 11530-2927