07 CV 2683 (BSJ)(AJP)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jane Best-Simpson,

                                                                                 Plaintiff,

-against-

NEW YORK ORGAN DONOR NETWORK, ELAINE BERG, *Individually and in her Professional Capacity*, MICHELE CLAYTON LUCAS, *Individually and in her Professional Capacity*, Julia Rivera, *Individually and in her Professional Capacity* and Martin Woolf *Individually and in his Professional Capacity*, ROBERT GOSSEEN, GALLAGHER, GOSSEEN, FALLER & CROWLEY, THE NEW YORK CITY COMMISSION ON HUMAN RIGHTS, PATRICIA GATLING, *Individually and in her Professional Capacity*; MR. RAYMOND WAYNE, *Individually and in his Professional Capacity*; MS. LANNY ALEXANDER, *Individually and in her Professional Capacity* and MR. CLIFF MULQUEEN, *Individually and in his Professional Capacity*,

                                                                           Defendants.

## MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

***MICHAEL A. CARDOZO***
*Corporation Counsel of the City of New York*
    *Attorney for Defendant City of New York*
    *100 Church Street*
    *New York, N.Y. 10007*

    *Of Counsel: Eric Proshansky*
                     *William H. Miller*
    *Tel: (212) 788-1006*

## TABLE OF CONTENTS

**Page**

TABLE OF AUTHORITIES ................................................................................................. iii

PRELIMINARY STATEMENT .............................................................................................. 2

STATEMENT OF ALLEGATIONS OF PLAINTIFF'S COMPLAINT ..................................... 3

ARGUMENT

       The 12(b)(6) Motion to Dismiss Standard ................................................. 6

  POINT I

       THE HRC DEFENDANTS ARE PROTECTED FROM PLAINTIFF'S § 1983, § 1985(3), ADA AND STATE TORT CLAIMS BY ABSOLUTE IMMUNITY .......................................... 6

  POINT II

       PLAINTIFF CANNOT ESTABLISH ANY CLAIM FOR LIABILITY UNDER § 1983 AS SHE HAS NOT ALLEGED THE REQUISITE DEPRIVATION OF HER RIGHTS FOR A DUE PROCESS VIOLATION NOR HAS SHE SUFFICIENTLY ALLEGED DISCRIMINATION ON THE BASIS OF RACE .................................................................................................................. 8

    A. Plaintiff's Allegations do not State a Deprivation of her Constitutional Rights ............................................. 8

    B. Plaintiff's Complaint Does Not Allege Sufficient Factual Support to State a Cause of Action for Race-based Discrimination in violation of § 1983 .................................................................. 11

  POINT III

       PLAINTIFF CANNOT ESTABLISH A CLAIM FOR CONSPIRACY UNDER § 1985(3) ........................................................................................ 13

**Page**

POINT IV

    PLAINTIFF FAILS TO STATE A CLAIM UNDER TITLE VI .................................................................. 16

POINT V

    PLAINTIFF FAILS TO STATE A CLAIM UNDER THE AMERICANS WITH DISABILITIES ACT AND SECTION 504 OF THE REHABILITATION ACT ...................................... 17

POINT VII

    PLAINTIFF DID NOT TIMELY FILE HER NOTICE OF CLAIM AND OTHERWISE CANNOT ESTABLISH CLAIMS FOR IIED, DEFAMATION, OR FRAUD ......................................... 20

    A. Plaintiff has failed to state a claim for defamation ................................................................. 20

    B. Plaintiff cannot establish claim for IIED ............................................. 22

    C. Plaintiff has failed to state a claim for fraud ....................................... 24

CONCLUSION ................................................................................. 25

## TABLE OF AUTHORITIES

**Cases**     **Pages**

Abramson v. Pataki,
 278 F.3d 93 (2d Cir. 2002)..................................................................................................9

Aikman v. County of Westchester,
 491 F. Supp. 2d 374 (S.D.N.Y. 2007).............................................................................13

Alexander v. Choate,
 469 U.S. 287 (1985).........................................................................................................19

Anderson v. Creighton,
 483 U.S. 635 (1987).........................................................................................................10

Angola v. Civiletti,
 666 F.2d 1 (2d Cir. 1981).................................................................................................13

Aquino v. Prudential Life and Cas. Ins. Co.,
 419 F. Supp. 2d 259 (E.D.N.Y. 2005) ............................................................................19

Atkins v. County of Orange,
 251 F. Supp. 2d 1225 (S.D.N.Y. 2003)...........................................................................17

Baba v. Warren Mgmt. Consultants, Inc.,
 882 F. Supp. 339 (S.D.N.Y. 1995) .................................................................................10

Babiker v. Ross Univ. Sch. of Med.,
 No. 98 CIV 1429 (THK), 2000 U.S. Dist. LEXIS 6921 (S.D.N.Y. May 19, 2000)................15

Bell Atlantic Corp. v. Twombly,
 127 S. Ct. 1955 (2007)..........................................................................................6, 11, 12

Bizzaro v. Miranda
 394 F.3d 82 (2d Cir. 2005).............................................................................................. 13

Boddie v. Schnieder,
 105 F.3d 857 (2d Cir. 1997)............................................................................................13

Bolt Elec., Inc. v. City of New York,
 53 F.3d 465 (2d Cir. 1995)................................................................................................6

Boykin v. Key Corp.,
 03-CV-944S, 2005 U.S. Dist. LEXIS 5546 (W.D.N.Y. March 28, 2005) .......................16, 17

**Cases** **Pages**

Caidor v. Onondaga County,
   No. 5:03-CV-00031 (NPM), 2006 U.S. Dist. LEXIS 64664 (N.D.N.Y. 2006).........................12

Clark v. McGee,
   49 N.Y.2d 613 (1980) .............................................................................................................21

Cohen v. Brookwood Childcare Agency's Employees,
   No. 01-CV-162 (FB), 2001 U.S. Dist. LEXIS 21303 (E.D.N.Y. December 14, 2001).............7

Conway v. Avidon,
   Index No. 2581/2001, 2001 NY Slip Op 40255U, 2001 N.Y. Misc. LEXIS 1172
   (Sup. Ct. Kings County, August 9, 2001) ..............................................................................21

Corcoran v. New York Power Auth.,
   202 F.3d 530 (2d Cir. 1999)....................................................................................................20

Dacey v. Dorsey,
   568 F.2d 275 (2d Cir. 1978)......................................................................................................8

Devany v. County of Nassau,
   No. CV 88-0657 (RR), 1989 U.S. Dist. LEXIS 2000 (E.D.N.Y. February 16, 1989) ............14

Dillon v. City of New York,
   704 N.Y.S.2d 1 (1st Dep't 1999) ......................................................................................22, 23

Doe v. Pfrommer,
   148 F.3d 73 (2d Cir. 1998)................................................................................................17, 18

Duvall v. County of Kitsnap,
   260 F.3d 1124 (9th Cir. 2001) ..................................................................................................8

EEOC v. Die Fliedermaus, L.L.C.,
   77 F. Supp. 2d 460 (S.D.N.Y. 1999).......................................................................................22

Francis-Sobel v. Univ. of Maine,
   597 F.2d 15 (1st Cir. 1979) .....................................................................................................10

Gaston v. New York City Dep't of Health Office of Chief Medical Examiner,
   432 F. Supp. 2d 321 (S.D.N.Y. 2006).....................................................................................20

Harlow v. Fitzgerald,
   457 U.S. 800 (1982)................................................................................................................10

Harms v. Riordan-Bellizi,
   223 A.D.2d 624 (2d Dep't 1996) ..............................................................................................8

**Cases**                                                                                                    **Pages**

Harris v. Mills,
    478 F. Supp. 2d 544 (S.D.N.Y. 2007)..............................................................................18, 19, 20

Herlihy v. Metropolitan Museum of Modern Art,
    214 A.D.2d 250 (1st Dep't 1995) ..............................................................................................22, 24

Herschaft v. New York Board of Elections,
00 CV 2748 (CBA), 2001 U.S. Dist. LEXIS 11801 (E.D.N.Y. August 9, 2001).........................19

Howell v. New York Post Co.,
    81 N.Y.2d 115 (1993) ......................................................................................................................23

Iqbal v. Hasty,
    490 F.3d 143 (2d Cir. 2007)......................................................................................................11, 12

Johnson v. County of Nassau,
    411 F. Supp. 2d 171 (E.D.N.Y. 2006) ............................................................................................16

Jones v. Nat'l Communication and Surveillance Networks,
    409 F. Supp. 2d 456 (S.D.N.Y. 2006)..............................................................................................25

Kelly v. Rice,
    375 F. Supp. 2d 203 (S.D.N.Y. 2005)..............................................................................................16

Kremer v. Chemical Const. Corp.,
    456 U.S. 461 (1982)............................................................................................................................9

Logan v. Zimmerman Brush Co.,
    455 U.S. 422, 102 S. Ct. 1148 (1982)................................................................................................8

Lomnicki v. Cardinal McCloskey Servs.,
    No. 04-CV-4548 (KMK), 2007 U.S. Dist. LEXIS 54828 (S.D.N.Y. July 26, 2007)..............12

Long v. District of Columbia,
    3 F. Supp. 2d 1477 (D. D.C. 1998).....................................................................................................9

Lorett v. Brody & Fabiani,
    93 Civ. 3065 (LMM), 1993 U.S. Dist. LEXIS 10246 (S.D.N.Y. July 27, 1993) ....................14

Luce v. Edelstein,
    802 F.2d 49 (2d Cir. 1986)...............................................................................................................24

Marczeski v. Handy,
    213 F. Supp. 2d 135 (D. Conn. 2002)................................................................................................7

**Cases**           **Pages**

Martin v. City of New York,
    1997 U.S. App. LEXIS 3334 (2d Cir. 1997) ..................9

Martin v. New York State Dep't of Mental Hygiene,
    588 F.2d 371 (2d Cir. 1978)..................17

McEachin v. McGuinnis,
    357 F.3d 197 (2d Cir. 2004)..................6

Memmer v. Marin County Courts,
    169 F.3d 630 (9th Cir. 1999) ..................18

Mian v. Donaldson, Lufkin & Jenrette Sec. Corp.,
    7 F.3d 1085 (2d Cir. 1993)..................13

Missick v. Big V Supermarkets,
    495 N.Y.S.2d 994 (3d Dep't 1985)..................21

N.Y. Nat'l Org. for Women v. Pataki,
    261 F.3d 156 (2d Cir. 2001)..................8

In re NYSE Specialists Sec. Litig.,
    503 F.3d 89, 2007 U.S. App. LEXIS 22212 (2d Cir. 2007) ..................8

In re Pan American World Airways, Inc. v. N.Y.S. Human Rights Appeal Board,
    61 N.Y.2d 542, 475 N.Y.S.2d 256 (1984) ..................9

Pappas v. City of Lebanon,
    331 F. Supp. 2d 311 (M.D. Pa. 2004)..................9

Peach Parking Corp. v. 346 West 40th Street, LLC,
    835 N.Y.S.2d 172 (1st Dep't 2007)..................24

Polk v. Kramarsky,
    711 F.2d 505 (2d Cir. 1983)..................8

Powell v. Workmen's Compensation Board,
    327 F.2d 131 (2d Cir. 1964)..................14, 15

Quaknine v. Macfarlane,
    897 F.2d 75 (2d Cir. 1990)..................24

Reid v. City of New York,
    00 Civ. 5164 (RCC) (JCF),

**Cases**                                                                                                          **Pages**

2001 U.S. Dist LEXIS 13789 (S.D.N.Y. 2001) ...........................................................22

Reyes v. Erickson,
    238 F. Supp. 2d 632 (S.D.N.Y. 2003)..................................................................9

Rodriguez v. City of New York,
    197 F.3d 611 (2d Cir. 1999).............................................................................18

Rosenberg v. MetLife,
    9 N.Y.3d 359 (2007)..................................................................................21, 23

Schloss v. Bouse,
    876 F.2d 287 (2d Cir. 1989)...............................................................................7

Seabrook v. City of New York,
    05 Civ. 10760 (RJH), 2007 U.S. Dist. LEXIS 68087 (S.D.N.Y. Sept. 14, 2007) ....................17

Sheridan v. Crisona,
    14 N.Y.2d 108 (1964) ......................................................................................21

Smith v. Local 819 I.B.T. Pension Plan,
    291 F.3d 236 (2d Cir. 2002)...............................................................................6

Sosna v. Iowa,
    419 U.S. 393, 95 S. Ct. 553 (1975).....................................................................8

Spear v. Town of West Hartford,
    954 F.2d 63 (2d Cir.), cert. denied, 506 U.S. 819, 113 S. Ct. 66 (1992)..................7

Taggart v. Moody's Investors Service,
    06 Civ. 3388 (PKC), 2007 U.S. Dist. LEXIS 52765 (S.D.N.Y. July 17, 2007)............13, 23

Tolbert v. Queens Coll.,
    242 F.3d 58 (2d Cir. 2001)...............................................................................15

Tsombanidis v. W. Haven Fire Dep't,
    352 F.3d 565 (2d Cir. 2003).............................................................................17

Webb v. Goord,
    340 F.3d 105 (2d Cir. 2003).............................................................................13

White v. Martin,
    26 F. Supp. 2d 385 (D. Conn. 1998),
    aff'd, 1999 U.S. App. LEXIS 35319 ..............................................................7, 10

**Cases**   **Pages**

Woolfolk v. Thomas,
   725 F. Supp. 1281 (N.D.N.Y. 1989).............................................................................7, 8

Yusuf v. Vassar College,
   35 F.3d 709 (2d Cir. 1994)..............................................................................................12

**Statutes**

29 U.S.C. § 794......................................................................................................................17

42 U.S.C. § 1983..............................................................................................2, 5, 7, 8, 9, 10, 12

42 U.S.C. § 1985(3)..........................................................................................2, 5, 6, 8, 13, 14, 15

42 U.S.C. § 2000d (Title VI), ..........................................................................................5, 15, 16

42 U.S.C. § 12101..................................................................................................................6

42 U.S.C. § 12132................................................................................................................17

Fed. R. Civ. P. 9(b) ...........................................................................................................1, 24

Fed. R. Civ. P. 12(b)(6)......................................................................................................1, 6

New York City Administrative Code § 8-113 ..................................................................11

New York City Administrative Code § 8-123 ..................................................................11

New York Civ. Rights Law § 74 ........................................................................................21

New York Gen. Mun. Law § 50-e .....................................................................................20