UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JANE BEST-SIMPSON,                              :

           Plaintiff,                     :         07 Civ. 2683 (BSJ) (AJP)

      -against-                             :         **ORDER TO SHOW CAUSE**

NEW YORK DONOR NETWORK, et al.,                 :

           Defendants.                    :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

        By Memo Endorsed Order dated December 5, 2007, and emailed to plaintiff Best-Simpson, the Court ordered a conference for December 10, 2007 at 3:30 p.m. to discuss plaintiff's continued failure to provide her Rule 26(a) mandatory disclosure. Ms. Best-Simpson failed to show up at today's conference, nor has she supplied defendants (or the Court) with her required Rule 26(a) disclosures.

        Accordingly, IT IS HEREBY ORDERED THAT:

        1.      Plaintiff Best-Simpson is limited to her own testimony and those documents attached to her complaint (and any documents she obtains from defendants in discovery). She will not be allowed to call any other witnesses to testify for her.

C:\OPIN\

2

2. The next conference will be held on January 8, 2008 at 9:30 a.m. Ms. Best-Simpson is to show cause, in writing, prior to the conference as to why she should not be sanctioned (including payments to defendants for their attorneys' fees for the December 10, 2007 conference; payment of sanctions to the Clerk of Court; or dismissal of her case) for her failure to attend the December 10, 2007 conference. Any medical reason for non-attendance must be supported by a sworn affidavit (not just a letter) from a treating medical source.

3. If plaintiff fails to attend the January 8, 2008 conference, her case may be dismissed for failure to prosecute and failure to obey court orders.

SO ORDERED.

Dated:   New York, New York
         December 10, 2007

_____
Andrew J. Peck
United States Magistrate Judge

Copies to:   Jane Best-Simpson (Email, Regular & Certified Mail)
             Robert I. Gosseen, Esq. (Fax)
             Seth W. Berman, Esq. (Fax)
             William Miller, Esq. (Fax)
             Eric Proshansky, Esq. (Fax)
             Judge Barbara S. Jones