# GALLAGHER GOSSEEN FALLER & CROWLEY

ATTORNEYS AT LAW

1010 FRANKLIN AVENUE

SUITE 400

GARDEN CITY, NEW YORK 11530-2927

(516) 742-2500

FAX: (516) 742-2516

WWW.GGFC-LAW.COM

December 17, 2007

RECEIVED

DEC 17 2007

CHAMBERS OF
ANDREW J. PECK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/17/07

NEW YORK CITY OFFICE:
350 FIFTH AVENUE
SUITE 4810
NEW YORK, N.Y. 10118-4398
(212) 947-5800
(212) 967-4965

**MEMO ENDORSED**

<u>Via Facsimile: (212) 805- 7933</u>

Hon. Andrew J. Peck, USMJ
United States District Court for the
  Southern District of New York
500 Pearl Street (Room 620)
New York, New York 10007

Re:    *Best-Simpson v. New York Organ Donor Network, et al.,*
       Case No:07 CV 2683 (BSJ) (AJP)

Dear Judge Peck:

**BY FAX**

Pursuant to the enclosed , please find a letter from Jane Best-Simpson to her physician which instructs her doctor to disregard and violate your so-ordered subpoena.

As you can see, it is dated today, and Ms. Simpson indicates that she has filed for a preliminary injunction in this matter. Please be advised that she did not appear for the hearing on the injunction, even though it was adjourned, which, to my knowledge, she did not know.

This letter severely affects our ability to continue with discovery and we respectfully request the Court's guidance in this matter as we cannot control the actions of Ms. Simpson and her blatant disregard of the orders of your court.

Respectfully submitted,

By: _____

Seth Berman (SB7407)
Attorneys for the NYODN and GGF&C Defendants
1010 Franklin Avenue (Suite 400)
Garden City, New York 11530
(516) 742-2500
(212) 967-4965 (fax)

Enclosures
SB/fm
cc:    Jane Best-Simpson (via e-mail and regular mail) (w/ encls.)
       William Miller, Esq. (via facsimile) (w/ encls.)

**DO NOT PROVIDE** ANY MEDICAL RECORDS OR DISCUSS *JANE BEST-SIMPSON MEDICAL RECORDS* WITH ANYONE –EVEN IF THEY HAVE ISSUED A SUBPOENA.
**THIS MATTER IS NOT FINAL**-IT IS BEING APPEALED TO A SUPERVISING JUDGE THAT PRESIDES OVER THE JUDGE THAT ISSUED THE SUBPOENA. SINCE THE DECISIONS HAVE NOT BEEN MADE AS OF YET NOE ONE IS ENTLED TO HAVE ANY SUCH RECORDS.

December 17, 2007

Dear Dr. Scrimmager:

This is to reiterate to you in writing that I Jane Best-Simpson do not authorize you to issue or release any medical records or to have any discussions with anyone with respect to my medical records.

On December 11, 2007, in a conversation with your assistant and subsequently thereafter with you in person at our last week visit, you informed me that you were issued a subpoena.

This was the first that I had knowledge of such information. Thereafter, that same day on December 11, 2007, I opened my mail and there were several documents from this attorney, with respect to this matter that apparently took place during the week of December 5, 2007; *without my knowledge or notice by mail.*

However, please note, that I had already filed a Preliminary Injunction and a Motion to Stay all further proceedings in this action on December 10, 2007 with the District Court Judge Barbara Jones.

*She is above the Judge who issued these subpoenas.  I am also filing a motion to quash the subpoenas.* **Therefore no one is entitled to any records until at such time there is a ruling on both of these matters. You can give them this letter when they come. I will be in contact with you.**

Thank you, Jane Best-Simpson

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
### Southern District of New York
### United States Courthouse
### 500 Pearl Street, Room 1370
### New York, N.Y. 10007-1312

**Fax No.:**        **(212) 805-7933**
**Telephone No.:**  **(212) 805-0036**

**Dated:**  **December 17, 2007**          **Total Number of Pages:  3**

| TO | FAX NUMBER |
|---|---|
| Robert I. Gosseen, Esq.<br>Seth W. Berman, Esq. | 516-742-2516 |
| William Miller, Esq.<br>Eric Proshansky, Esq. | 212-788-1633 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 12/17/07**

**Absent a <u>stay</u> from Judge Jones, all of my Orders – including the subpoenas – remain in effect, and if the doctors do not comply, you should move for <u>contempt</u> against them, and against Ms. Best-Simpson.**

**Copies to:   Ms. Jane Best-Simpson (Email & Regular Mail)**
**Judge Barbara S. Jones**