UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

JANE BEST-SIMPSON,                    :

              Plaintiff,         :

              -against-          :

NEW YORK DONOR NETWORK, et al.,       :

              Defendants.        :

------------------------------------- x

07 Civ. 2683 (BSJ) (AJP)

**ORDER**

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08**

**ANDREW J. PECK, United States Magistrate Judge:**

The January 8, 2008 conference before Judge Peck is adjourned sine die. The parties are to contact my chambers (1) after the preliminary injunction hearing before Judge Jones, now scheduled for January 11, 2008, and/or (2) if there are any discovery problems. The January 22, 2008 discovery cutoff date remains in effect.

       SO ORDERED.

Dated:      New York, New York
               January 3, 2008

                                                         Andrew J. Peck
                                             United States Magistrate Judge

Copies to:     Jane Best-Simpson (Email, Regular & Certified Mail)
               Robert I. Gosseen, Esq.
               Seth W. Berman, Esq.
               William Miller, Esq.
               Eric Proshansky, Esq.
               Judge Barbara S. Jones

C:\OPIN\